Joshua H. Lerner (SBN 220755)
WILMER CUTLER PICKERING
HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001
joshua.lerner@wilmerhale.com

Siddharth Velamoor (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
siddharth.velamoor@wilmerhale.com

Emily Barnet (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
emily.barnet@wilmerhale.com

*Attorneys for Defendants Microsoft Corporation and Mojang AB*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

GAVIN HAYS, ALYCE ITSUYE DART, individually and as parent and guardian of A.D., a minor, A.D., a minor by and through her guardian Alyce Itsuye Dart, and R.G., a minor by and through her guardians Michael Garcia and Salena Garcia, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

MICROSOFT CORPORATION, and MOJANG AB, and DOES 1-10,

Defendants.

Case No. 3:25-cv-11078-JSC

**STATEMENT OF RECENT DECISION**

Date: June 18, 2026
Time: 10:00 a.m.
Judge: Jacqueline Scott Corley

Action Filed: December 30, 2025

Defendants Microsoft Corporation and Mojang AB respectfully submit as supplemental authority the recent decision in *Tomlin v. Roblox Corp.*, No. 2:25-cv-04301 (E.D. Pa. May 20, 2026) (Exhibit 1).

DATED: May 29, 2026

Respectfully submitted,

*/s/ Joshua H. Lerner*

Joshua H. Lerner (SBN 220755)
WILMER CUTLER PICKERING
HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001
joshua.lerner@wilmerhale.com

Siddharth Velamoor (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
siddharth.velamoor@wilmerhale.com

Emily Barnet (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
emily.barnet@wilmerhale.com

*Attorneys for Defendants Microsoft Corporation and Mojang AB*