United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GARCIA, et al.,
Plaintiffs,

v.

MICROSOFT CORPORATION, et al.,
Defendants.

Case No. 3:25-cv-11078-JSC

**DISMISSAL ORDER**

On October 30, 2026, the Court dismissed this action for failure to plead facts that plausibly support an inference of Article III standing. (Dkt. No. 50.) The Court granted Plaintiffs leave to amend if they could plausibly allege facts supporting standing and noted if Plaintiffs did not file an amended complaint by November 20, 2026, the Court would dismiss the action without prejudice to Plaintiffs pursuing their claims in state court. (*Id.* at 4.) As Plaintiffs have not amended their complaint by the deadline to do so, this action is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: November 23, 2026

JACQUELINE SCOTT CORLEY
United States District Judge